IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30352
Summary Calendar
_____


MURPHY G. RICHARD,

                                        Plaintiff,


versus


SOUTHWESTERN OFFSHORE CORP.,

                                        Defendant-Cross-Defendant-
                                        Third Party Plaintiff-Appellant,


ISLAND OPERATING CO., INC.,

                                        Third Party Defendant-
                                        Cross Claimant-Appellee,


COMMERCIAL UNION ASSURANCE CO., PLC;
YORKSHIRE INSURANCE CO., LTD.; PHOENIX
ASSURANCE PUBLIC LTD. CO.; SKANDIA
MARINE INSURANCE CO., (U.K.), LTD.; TERRA
NOVA INSURANCE CO., LTD.; THREADNEEDLE
INSURANCE CO., LTD.; ASSURANCE GENERALES
DE FRANCE INCENDIE ACCIDENTS REASSURANCES
TRANSPORT,

                                        Third Party Defendants-
                                        Appellees.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(USDC No. 98-CV-951)
_____

September 25, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The appeal of Southwestern Offshore Corporation argues solely a maritime obligation of Island Operating Company under § 905(c) of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 905(c), and its contract with Pennzoil Exploration & Production Company. We agree with the district court's holding that the contract is a non-maritime contract and that the decision is controlled by *Hodgen v. Forest Oil Corp.*, 87 F.3d 1512, 1526–29 (5th Cir. 1996).

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.